UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMEDIOS BAMBA,<br>            Plaintiff,<br>    v.<br>BENCHMARK RECOVERY, INC.,<br>            Defendant. | Case No.  13-cv-05375-MEJ<br><br>**STATUS ORDER** |

This matter is currently scheduled for a Case Management Conference on February 20, 2014. However, as no joint statement has been filed, the Court VACATES the conference and ORDERS the parties to file a status report by March 13, 2014.

**IT IS SO ORDERED.**

Dated: February 18, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge