G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
REMEDIOS BAMBA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REMEDIOS BAMBA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BENCHMARK RECOVERY, INC.;<br>and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. 3:13-cv-05375-MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to FRCP 41(a)(1), Plaintiff REMEDIOS BAMBA hereby voluntarily dismisses his claims, with prejudice, against Defendants BENCHMARK RECOVERY, INC.; DOES 1-10, inclusive.

Respectfully Submitted this 18th day of February, 2014,

　　　　　　　　　　　　　　　　**PRICE LAW GROUP APC**

　　　　　　　　　　　　　　　　By: /s/ G. Thomas Martin, III _
　　　　　　　　　　　　　　　　　　G. Thomas Martin, III
　　　　　　　　　　　　　　　　　　Attorney For Plaintiff